IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06CR117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>MAY 17, 2006</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>ANTONIO CERVANTES-CANO</u> before the United States District Court at 5B Courtroom, on the 17th day of MAY, 2006, at 10:00 in Montgomery, Alabama..

DONE, this the 3rd day of May, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By:  /s/ 
Deputy Clerk