AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

ANTONIO CERVANTES-CANO

**NOTICE**

CASE NUMBER:   2:06cr117-WKW

TYPE OF CASE:

☐ CIVIL     x  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Arraignment before Magistrate Judge Vanzetta Penn McPherson in Courtroom 5-A

x  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| United States District Court<br>Montgomery, AL 36101 | 5/17/06 @ 10:00 a.m. | 5/17/06 @ 12:00 p.m. |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

5/10/06
DATE

(BY) DEPUTY CLERK

TO: