| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** May 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 12:20 - 12:29 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR117-WKW     **DEFT. NAME:** ANTONIO CERVANTES-CANO

**USA:** Karl David Cooke, Jr.     **ATTY:** Christine A. Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** _____

Defendant  √  does   does NOT need an interpreter; NAME  Teresa Ramos by telephone

- ☐ Kars.    Date of Arrest _____ or  ☐ karsr40
- ☐ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐  **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $_____ Deft released (kloc LR)
    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.  **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
    √ Trial Term  6/26/06  ; √ **PRETRIAL CONFERENCE DATE**:  6/2/06 @ 10:00 a.m.
    √ **DISCOVERY DISCLOSURES DATE**:  5/17/06
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.