**COURTROOM DEPUTY'S MINUTES**          **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:28 - 9:37**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson**     **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 2:06cr117-WKW**          **DEFENDANT(S):Antonio Cervantes-Cano**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| David Cooke | * | Christine Freeman |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**          **Complete**

❒ **PENDING MOTION STATUS:**          **Motion to Suppress**

**Court to Issue an order setting response or hearing deadline**

**Defense Counsel request Response not due before middle of next week**

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**          **One Day for Trial**
                            **6/26/06 Trial Term**

❒ **REMARKS:**     **Defense Counsel has spoken with Government regarding the resolution of the case without going to trial or to sentencing; Government is listening to Defense Counsel; Defendant does not speak Spanish, no education; no waiver filed; Defendant will not file a motion to continue; Motion to Suppress will not be resolved by 6/26/06 Trial Term; Court questions Defendant's competency**