IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:06cr117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

**AMENDED ORDER**

For good cause, it is

ORDERED that this court's order of 5 June 2006 setting an evidentiary hearing on a motion to suppress is hereby amended to reflect that this hearing be set for **2:00 pm.** on 11 July 2006.  The Clerk of the court is DIRECTED to provide a court reporter and an interpreter for the hearing.

DONE this 6th day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE