**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-117-WKW |
| | ) | |
| **ANTONIO CERVANTES-CANO** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, Antonio Cervantes-Cano, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

The plea agreement includes a sentence of "time served." The interpreter used in the past by telephone from Los Angeles, California, Teresa Ramos, will be out of the country from June 19 through June 30, 2006.

Therefore, the Defendant requests that the plea be scheduled this week.

Dated this 12th day of June 2006.

                                                        Respectfully submitted;

                                                        s/Christine A. Freeman
                                                        **CHRISTINE A. FREEMAN**
                                                        **TN BAR NO.: 11892**
                                                        Federal Defenders
                                                        Middle District of Alabama
                                                         201 Monroe Street, Suite 407
                                                         Montgomery, AL 36104
                                                        TEL:  (334) 834-2099
                                                        FAX:  (334) 834-0353
                                                        E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-117-WKW** |
| | ) | |
| **ANTONIO CERVANTES-CANO** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org