IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

## **ORDER**

The defendant, ANTONIO CERVANTES-CANO, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ANTONIO CERVANTES-CANO, appear with counsel before the undersigned Magistrate Judge on 15 June 2006 at 3:00 p.m. in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done this 14th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE