IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 15 A 9: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr117WKW |
| ) | [18 USC 1028(a)(6)] |
| ANTONIO CERVANTES-CANO ) | |
| ) | SUPERSEDING INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about October 9, 2002, in Montgomery County, within the Middle District of Alabama,

ANTONIO CERVANTES-CANO,

did knowingly possess an identification document that appeared to be an identification document of the United States, to wit: a Social Security card, which document was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

_____
PATRICIA A. WATSON
First Assistant United States Attorney

_____
K. DAVID COOKE, JR.
Assistant United States Attorney