### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

### DEFENDANT'S MOTION FOR IMMEDIATE SENTENCING

**COMES NOW** the Defendant, Antonio Cervantes-Cano, by and through undersigned counsel, Christine A. Freeman, and respectfully requests that his sentencing be conducted as soon as possible.

In support thereof, Mr. Cervantes-Cano would show that the plea agreement in this case includes the stipulations that:

      A.    Upon the defendant entering a plea of guilty to Count 1 of the Information, the defendant will receive a sentence of time served;

      B.    Pursuant to Rule 32(c)(1)(A)(ii), the sentencing court has sufficient information to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, because the facts and circumstances of the defendant's background, education, personal history, and life experience have been adequately explored in previous hearings before the court; and

      C.    The government and the defendant agree to proceed with sentencing without a presentence investigation at the earliest possible date.

Dated this 15th day of June 2006.

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Antonio Cervantes-Cano
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Antonio Cervantes-Cano
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org