IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECEIVED**

2006 JUN 15 P 1: 25

DEDRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr117WKW |
| | ) | [42 USC 408(a)(7)(b)] |
| ANTONIO CERVANTES-CANO | ) | |
| | ) | SECOND SUPERSEDING INFORMATION |

The United States Attorney charges:

COUNT 1

On or about October 9, 2002, in Montgomery County, within the Middle District of Alabama,

ANTONIO CERVANTES-CANO,

defendant herein, did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Commissioner of Social Security when in fact such is not the Social Security account number assigned to him by the Commissioner, in violation of Title 42, United States Code, Section 408(a)(7)(b).

_____
ANDREW O. SCHIFF
Deputy Chief, Criminal Division

_____
K. DAVID COOKE, JR.
Assistant United States Attorney