IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-cr-117-WKW |
| ) | |
| ANTONIO CERVANTES-CANO ) | |

## DEFENDANT'S WAIVER OF PRESENTENCE REPORT

The Defendant, Antonio Cervantes-Cano, by signing below, waives preparation or review of a presentence report, and respectfully requests that his sentencing be conducted as soon as possible.

Dated this 15 day of June 2006.

_Antonio Cervantes_
Antonio Cervantes-Cano