# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ANTONIO CERVANTES-CANO

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:06cr117-WKW

I, __Antonio Cervantes-Cano__, the above named defendant, who is accused of

VIOLATION OF TITLE ~~18 USC §1028(a)(6),~~ 42 USC 408(a)(7)(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 15, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

×Antonio Cervantes
_Defendant_

_Counsel for Defendant_

Before _____
_Judicial Officer_