MIDDLE DISTRICT OF ALABAMA            COURT REPORTER:   Risa Entrekin

❏**ARRAIGNMENT**        ❏**CHANGE OF PLEA**          x**CONSENT PLEA**

❏**RULE 44(c) HEARING**        ❏**SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*        **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr117-WKW*                **DEFENDANT NAME:** *Antonio Cervantes-Cano*

**AUSA:** *Karl David Cooke, Jr.*                **DEFENDANT ATTY:** *Christine Freeman*

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X ) CDO

**USPO:** __Dwayne Spurlock__

De fendant ___x___ does _____does NOT need and interpreter.

Interpreter present? _____NO ___x___YES    Name:  Teresa Ramos

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                        ❏Nol Contendere

❏Not Guilty by reason of insanity

❏Guilty as to:

XCount(s)_____1_____ of the 2nd Superseding Felony Information.

❏Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**x—    ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of 2nd Superseding Information**

— Written plea agreement filed. X **OPEN/ORAL** Plea Agreement. ❏**ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____    ❏_____Bond  ❏ to be set by Separate Order

x —    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  x Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.