**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS, JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  JUNE 16, 2006 | AT 10:00  A.M./P.M. |
| DATE COMPLETED  JUNE 16, 2006 | AT 10:35  A.M./P.M. |

UNITED STATES OF AMERICA

VS.

ANTONIO CERVANTES-CANO

CR:  2:06cr117-WKW

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA David Cooke | X | Atty. Christine Freeman |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy, Courtroom Clerk | Dwayne Spurlock USPO | Glory McLaughlin, Law Clerk |

COURTROOM PROCEEDINGS:

STATUS CONFERENCE   (Off the record)

| | |
|---|---|
| 10:00 a.m. | Status Conference commences re defendant's [31] Motion for Immediate Sentencing; Order to issue granting motion to the extent that sentencing will be set July 12, 2007 subject to the availability of the TIP interpreter; report due from the USPO on 7/10/06; objections due 7/11/06. Court to issue order denying as moot [21] Motion to Suppress. |
| 10:35 a.m. | Conference concluded. |