IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO. **2:06cr117-WKW** |
| ) | |
| **ANTONIO CERVANTES-CANO** ) | |

## O R D E R

The defendant by consent has appeared before a United States Magistrate Judge and has entered a plea of guilty.  The Magistrate Judge has accepted the plea of guilty and has adjudicated the defendant guilty.  Accordingly, it is ORDERED as follows:

1.  Sentencing of the defendant be, and the same is, hereby set on **July 12, 2006,** at **1:15 p.m.** in the  Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2.  A meeting was held with the parties on June 16, 2006, to discuss expediting the sentencing process in this case.  At that meeting, defense counsel  indicated that they would waive the minimum required time for disclosure of the presentence report and time period for objecting to the presentence report in accordance with Rule 32(e) and (f)(1), *Federal Rules of Criminal Procedure*.  The probation office will provide the parties with the presentence report as soon as possible and counsel for the defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report.  Defense counsel and defendant will be asked at the sentencing hearing to formally waive their rights as to Rule 32(e) and (f)(1).  If this waiver is not obtained, the sentencing hearing will be continued to allow the defendant 35 days to review his presentence report.

3.  Unless excused in writing by the Chief U.S. Probation Officer of this district, counsel for the parties shall be available for a conference with the probation officer prior to sentencing  to discuss and resolve, if possible, factual and legal issues contained in the presentence report.  If the probation officer determines or if any of the parties request that a personal meeting be held to resolve the issues, such meeting shall be at **the U.S. Probation Office, One Church Street, Montgomery, AL**.  Such request for a personal conference shall be made to the probation officer within five (5) calendar days after receipt of the presentence report.  Otherwise, the conference shall be held telephonically.  Any motion for downward departure shall be filed on or before the conference date with the probation officer, unless based on unknown and unforseen circumstances arising after that date, in which case the motion must be filed promptly upon discovery of such circumstances.

Nothing contained in this Order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE this 16th day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE