**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-117-WKW** |
| ) | |
| **ANTONIO CERVANTES-CANO** ) | |

**DEFENDANT'S MOTION TO WITHDRAW
PREVIOUSLY FILED MOTION TO SUPPRESS**

**COMES NOW** the Defendant, Antonio Cervantes-Cano, by and through undersigned counsel, Christine A. Freeman, and moves this Honorable Court to withdraw his previously filed Motion to Suppress. As grounds for granting this Motion, Defendant would show the following:

1. On June 1, 2006, Antonio Cervantes-Cano filed a Motion to Suppress in which he sought to suppress evidence obtained from the Defendant on November 6, 2005 and April 20, 2006 and thereafter, obtained as a result of or as "fruit" of Mr. Cervantes' arrest, search and/or interrogations on November 6, 2005 and April 20, 2006.

2. The parties have now reached a plea agreement in this case, and the Defendant and the Government now agree that a ruling on the suppression motion is no longer necessary.

3. Mr. Cervantes-Cano entered a plea on June 15, 2006.

**WHEREFORE**, for the foregoing reasons, Mr. Cervantes-Cano respectfully requests that his previously filed Motion to Suppress be denied as moot.

Dated this 21st day of June 2006.

Respectfully submitted,

s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
Counsel for Mr. Cervantes-Cano
FEDERAL DEFENDERS
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Christine_Freeman@fd.org
TN Bar Code: 11892

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-117-WKW |
| | ) | |
| **ANTONIO CERVANTES-CANO** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    K. David Cooke, Esq.
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

    s/ Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    Counsel for Mr. Cervantes-Cano
    FEDERAL DEFENDERS
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: Christine_Freeman@fd.org
    TN Bar Code: 11892