IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.  2:06CR117-WKW |
| ) | |
| ANTONIO CERVANTES-CANO ) | |

## ORDER ON MOTION

On 21 June 2006, the defendant filed a Motion to Withdraw his previously filed motion to suppress (Doc. # 40).  For the reasons stated in the motion, including the defendant's entry of a guilty plea on 15 June 2006, it is

ORDERED that the motion is GRANTED.

DONE this 22nd day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE