IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

**ORDER**

This case is before the Court on the Defendant's Motion for Immediate Sentencing (Doc. # 31), filed on June 15, 2006. Pursuant to the requirements of Fed. R. Crim. P. 32(c)(A)(ii) and 18 U.S.C. § 3553(a), it is hereby ORDERED that the Motion for Immediate Sentencing is DENIED.

DONE this the 22nd day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE