# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-cr-117-WKW |
| ) | |
| ANTONIO CERVANTES-CANO ) | |

## MOTION TO ADMIT EXHIBITS

NOW COMES the Defendant, Antonio Cervantes-Cano, by and through undersigned counsel, and respectfully moves this Court to admit, as Exhibits in the Record of this matter, the two photographs of Mr. Cervantes' family that were distributed in Court on July 12, 2006. Copies of these photos have been provided previously to the office of Government counsel and to the probation officer, Ron Thweatt.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Antonio Cervantes-Cano
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>K. David Cooke, Esquire
>Susan Redmond, Esquire
>Assistant United States Attorneys
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Antonio Cervantes-Cano
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:   (334) 834-2099
>FAX:   (334) 834-0353
>E-Mail: Christine_Freeman@fd.org