IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-117-WKW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

**<u>ORDER</u>**

This case is before the Court on the Defendant's Motion to Admit Exhibits (Doc. # 43), filed on July 12, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED, and the exhibits are admitted.

DONE this the 14th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE