**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS, JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  JULY 12, 2006 | AT 1:32 A.M./P.M. |
| DATE COMPLETED  JULY 12, 2006 | AT 1:40 A.M./P.M. |

| UNTIED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Cr. No.  2:06cr117-WKW |
| v | ) | |
| ANTONIO CERVANTES-CANO | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA  Susan Redmond | X | Atty. Christine Freeman |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | | |
|---|---|---|---|
| Ann Roy | Glory McLaughlin | Mitchell Reisner | Maria Ramos |
| Courtroom Clerk | Law Clerk | Court Reporter | Telephone Interpreter |

COURTROOM PROCEEDINGS:

SENTENCING HEARING

| | |
|---|---|
| 1:32 p.m. | Sentence hearing commenced. Defendant's objection to special conditions of supervised release; objection overruled. ORAL ORDER granting government's oral motion to dismiss Indictment and 1s Felony Information. Sentence imposed. ORAL ORDER entered REMANDING defendant to the custody of the USMS. |
| 1:40 p.m. | Hearing concluded. |