| COURT<br><br>EXHIBITS<br><br>SENTENCING HEARING COMMENCING   7/11/06 | | UNITED STATES OF AMERICA<br><br>v<br><br>ANTONIO CERVANTES-CANO<br>Cr No.  2:06cr117-WKW | |
|---|---|---|---|

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | Judge Keith Watkins, Presiding<br>Mitchell Reisner, Court Reporter |
|---|---|---|---|---|---|---|
| | | | | | | DESCRIPTION |
| | 7/11/06 | | 1 | | | Photograph |
| | 7/11/06 | | 2 | | | Photograph |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *** Exhibits to Sentencing admitted to the record per order entered on 7/14/06 |
| | | | | | | EXHIBITS: EXPANSION FOLDER WITH CASE FILE |